IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26-37 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 2261A(2)(A) and (B), 875(c)) |
| | ) | |
| | ) | |
| CHRISTIAN ANDRE SPRUILL | ) | [UNDER SEAL] |

FILED
FEB 24 2026
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

From in and around April 2025, and continuing thereafter to in and around September 2025, in the Western District of Pennsylvania and elsewhere, the defendant, CHRISTIAN ANDRE SPRUILL, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, that is, Victim 1, used and caused to be used interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct that placed Victim 1 in reasonable fear of death and serious bodily injury, to Victim 1 and to others, and that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 1.

In violation of Title 18, United States Code, Sections 2261A(2)(A) and (B).

## COUNTS TWO THROUGH SIX

The grand jury further charges:

On or about the dates set forth below, in the Western District of Pennsylvania and elsewhere, the defendant, CHRISTIAN ANDRE SPRUILL, did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, that is, Victims 1 and 2, whose identities are known to the grand jury, by transmitting through Instagram, an Internet communications platform, the following threats:

| Count | Date | Internet Communication Platform | Threat to Victim |
|---|---|---|---|
| 2 | August 29, 2025 | Instagram | "Y'all keep fuckin' with me. Keep fuckin' with me. Your whole family will be dead. Keep fuckin' with me. I'll take her mama, and I'll take her motherfuckin' daddy and I'll make that bitch suffer. I'll leave that bitch alive to suffer for the rest of her natural born motherfuckin' life. You think I'm playin', bitch?" |
| 3 | August 29, 2025 | Instagram | "Your motherfucking sister should've left me the fuck alone. Your sister should have let me get my own shit. Your sister should have stopped beating on me. Your sister shouldn't have been spitting on me. What the fuck you mean. N***** that is my mother fucking word. Y'all mother fuckers going to be just like—just like—mother fuckers, like them mother fuckers on TikTok. Mother fuckin' family members crying talking about what they could have did to prevent, what they could have did…Man, you all mother fuckers |

| | | | |
|---|---|---|---|
| | | | *playing. N***** I shoot shit broad day. Is you stupid? I shoot . . . I done hit shit broad day. You gonna see. You gonna see. Once this shit go up. When I spin I don't stop. I don't stop till I hit a target. I gonna spin if I gotta take this to your momma's house. If I gotta take it to her job. If I gotta take it to the bar. I'm gonna spin till I hit."* |
| 4 | August 29, 2025 | Instagram | *"Tell your sister to be a woman about her shit. The fuck? Talkin' bout leave you alone. Tell that bitch to be a woman about her shit. Don't you understand motherfuckers die when you take- when you take with somebody? Don't you understand sometimes family members get hit? What the fuck? Y'all playin' with me, like- like I'm just talkin'. Like n***** keep—man, that's my motherfuckin' word. You gon' see. You gon' see. You gon' see. Just remember when this shit go up. Matter fact, just-just wait til the bitch birthday don't get here. Like I said, wait til the bitch birthday don't get here. I'mma repeat that one more time. Wait til her motherfucking birthday don't get here."* |
| 5 | September 1, 2025 | Instagram | *"I'mma find your sister. And you know what, if I can't find her, I'mma get to your momma. And if I can't find your momma, I'mma get to your daddy. And if I can't find your daddy, I'mma get to you. . . you! So you tell her to think about that as she duckin' and dodgin' cause the bitch gon' get got. . . the bitch gon' get got. With a motherfuckin' red dot, and once she see that bitch on her, it's gon'* |

| | | | |
|---|---|---|---|
| | | | *be too late. Bye!* |
| 6 | September 6, 2025 | Instagram | "... *[Your momma] ain't doin nothin' but making it worse... Your momma gonna fuck around and get her daughter bodied and be lookin' stupid and be feelin' stupid cause she talkin' shit to a n\*\*\*\*\* that's in pain ... Shit, your sister gonna die, and I'mma stand on that shit. She ain't gonna see her birthday. She makin' birthday plans, I'm makin' birthday plans too.*" |

In violation of Title 18, United States Code, Section 875(c).

A True Bill,

*/s/ Foreperson*

FOREPERSON

*/s/ Troy Rivetti*

TROY RIVETTI
United States Attorney
PA ID No. 56816

*/s/ Kelly M. Locher*

KELLY M. LOCHER
Assistant United States Attorney
PA ID No. 322400